McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAMJIT SINGH, | CV 07-CV-S-167 LKK KJM |
| Plaintiff, | |
| v. | |
| | **DEFENDANTS' UNOPPOSED MOTION FOR** |
| Michael Chertoff, et al. | **AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND [PROPOSED] ORDER** |
| Defendants. | |

Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for naturalization. Defendants respectfully inform the Court that plaintiff Singh's application is currently pending clearance by the Federal Bureau of Investigations. Under current protocol, all applications for naturalization are routed through the FBI for name and fingerprint checks, a process over which the named agency, Citizenship and Immigration Services has no control. Once the FBI has cleared the application, CIS resumes the processing of the application in the most expedited manner possible.

Because plaintiff's application is currently pending at the FBI, defendants request an

extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. An expedite request has been placed with the FBI. The typical time frame required by that agency for completion of the name and background check is 60 days from the date of the expedite request. Defendants therefore request an extension until May 22, 2007. This is defendants' first request for an extension in this case. Counsel for plaintiff has advised that he does not oppose this motion.

Dated: March 23, 2007                                  Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney


                                  By:    /s/Audrey Hemesath
                                        Audrey B. Hemesath
                                          Assistant U.S. Attorney
                                          Attorneys for the Defendants


ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on May 22, 2007, and the Scheduling Conference, currently set for April 16, 2007 is reset to June 25, 2007 at 3:30 p.m.

    IT IS SO ORDERED.

DATED: Marc h 26, 2007.

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT